UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 24-cr-546-APM |
| LEANDER WILLIAMS, | : |
| Defendant. | : |

### ORDER

Pursuant to the motion filed by the United States, ECF No. 17, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 22nd day of January, 2025.

HONORABLE Amit P. Mehta
United States District Court Judge